JACOB RUPPERT REALTY CORPORATION, Appellant, v. THE BANK OF UNITED STATES and JOSEPH A. BRODERICK, as State Superintendent of Banks of the State of New York, Respondents.— Judgment, so far as appealed from, unani-

mously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.